**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **LILLIAN SUTHERLAND,** | |
| Plaintiff, | 2006-CV-0001 |
| v. | |
| **HYANNIS AIR SERVICES, INC. d/b/a CAPE AIR,** | |
| Defendant. | |

TO:   Lee J. Rohn, Esq.
       Chad C. Messier, Esq.

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANT FOR COMPLETE RESPONSE [sic] TO DISCOVERY

THIS MATTER came before the Court upon the parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Defendant For Complete Response [sic] to Discovery (Docket No. 30).

Having reviewed the parties' joint stipulation, the Court makes the following findings:

Interrogatory No. 1:   Defendant has responded adequately. No further response is necessary.

*Sutherland v. Hyannis Air Services, Inc.*
2006-CV-0001
Order Regarding Plaintiff's Motion to Compel
Page 2

| | |
|---|---|
| Interrogatory No. 8: | Defendant has responded adequately. Its reference to documents already produced was specific and detailed enough to identify the documents. Fed. R. Civ. P. 33(d). No further response is necessary. |
| Interrogatory No. 9: | Defendant shall supplement with a narrative response regarding any procedures followed on the date of the incident. |
| Interrogatory No. 10: | Defendant shall supplement with the citation to the appropriate Federal Regulations relevant to the maintenance and operation of its aircraft. |
| Interrogatory No. 11: | Defendant shall supplement with a narrative response regarding anything that was done to maintain, clean and/or service the aircraft on the date of the incident. |
| Interrogatory No. 14: | Defendant properly narrowed the scope of the question to the wemac vent and responded adequately. No further response is necessary. |
| Interrogatory No. 19: | Defendant shall supplement properly, without waiving it's privilege objections, regarding its contention that it has not conducted any investigation, etc. of the incident. |

*Sutherland v. Hyannis Air Services, Inc.*
2006-CV-0001
Order Regarding Plaintiff's Motion to Compel
Page 3

<u>Interrogatory Nos. 20-24</u>: Defendant shall supplement with any currently known facts.

<u>Demand For Production Nos. 1-4, 15, and 17</u>: Pursuant to the holding in *Dade Engineering Corp. v. Reese*, No. 2005/149, 2006 WL 1222221 (D.V.I. April 13, 2006), the Court declines to find that Defendant has waived its attorney-client privilege in the absence of a privilege log. The Court will direct Defendant to submit a privilege log of withheld documents other than correspondence or communication between Defendant and its attorneys and/or paralegals.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Compel Defendant For More Complete Response [sic] to Discovery (Docket No. 30) is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's motion is denied with regard to Interrogatory Nos. 1, 8, and 14.

*Sutherland v. Hyannis Air Services, Inc.*
2006-CV-0001
Order Regarding Plaintiff's Motion to Compel
Page 4

3. Defendant shall supplement, within ten (10) days from the date of entry of this order, its responses to Interrogatory Nos. 9-11, 19-24, as more fully described hereinabove.

4. Defendant shall submit a privilege log of withheld documents, other than correspondence or communication between Defendant and its attorneys and/or paralegals, that are responsive to Demand For Production Nos. 1-4, 15, and 17.

ENTER:

Dated: December 21, 2007  /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE